UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
USA

    -v-                                            ORDER
                                                        2002CR 529

MATTHEW LOYLA
----------------------------------------------------X

      This case was set for sentence on September 19, 2006, but was adjourned due to an ill member of defense counsel's family. Communication was made with an associate of defense counsel's to reschedule the sentence. As of this date defense counsel has not communicated with the court to reschedule the sentence.

      Sentence is scheduled for Friday, November 3, 2006 at 9:30 a.m. No adjournments will be granted. The parties will be prepared to go forward with sentence at this time.

                                                                      /s/
                                                              Thomas C. Platt
                                                              United States District Judge

Dated: October 2, 2006
       Central Islip, NY